Stephen M. Dichter, 004043
sdichter@hcdslaw.com
Amy M. Wilkins, 022762
awilkins@hcdslaw.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona  85004
Telephone:  (602) 792-1700
Facsimile:  (602) 792-1710

Attorneys for Defendant Marsh Aviation Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR2010-1463-PHX-PGR |
| Plaintiff, | |
| vs. | **PROPOSED SCHEDULE** |
| FLOYD D. STILWELL, | (Assigned to the Honorable Paul G. Rosenblatt) |
| MARSH AVIATION COMPANY, | |
| Defendants. | |

Pursuant to this Court's January 23, 2012 Order (Dkt. # 44), the parties provide this proposed joint schedule to the Court.

The parties propose the following schedule:

(1) The government shall make available for inspection, copying or photographing discovery pursuant to Rule 16(a)(1)(A), (B), and (D), by March 26, 2012.

(2) The government shall make available for inspection, copying or photographing copies of Rule 16(E)(i) and (ii) material by June 4, 2012.  If any material governed by Rule 16(E)(i) and (ii) comes into the possession of the government after that date, or if any material in the possession of the government is subsequently determined to

fall with Rule 16(E)(i) and (ii), the government shall make available for inspection, copying or photographing of such material as soon as practicable. If the government is unable to produce the material requested under this paragraph by June 4, 2012, then the parties will ask the Court to continue the deadlines set forth in this proposed schedule to permit Defendant time to review the CIPA and other material. This paragraph does not govern the discovery of material seized from Defendant, which is provided for in Paragraph 3 below.

(3)   Pursuant to Rule 16(a)(1)(E)(iii), the government shall arrange a time for defense counsel to inspect and copy the documents and objects seized from Defendant in this case.

(4)   The government shall produce all material in its possession for which disclosure is mandated by *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972), no later than ninety (90) days prior to trial, and shall continue to produce any additional *Brady* or *Giglio* material as soon as practicable after such material comes into the government's possession.

(5)   The government shall produce (a) a summary of any expert witness testimony pursuant to Rule 16(a)(1)(G) no later than thirty (30) days prior to trial.

(6)   Defendant shall produce any reciprocal discovery under Rule 16(b)(1) by July 11, 2012.

(7)   Defendant shall file any motions pursuant to Rule 12(b)(3), Fed. R. Crim. P., by August 7, 2012. The government shall file its response(s) to any Rule 12(b)(3) motions by September 7, 2012. Any reply in support of Defendant's motion shall be filed by September 26, 2012.   Subject to the Court's approval, trial shall commence on October 16, 2012.

//

//

//

//

(8) IT IS FURTHER ORDERED that the parties shall file any motions *in limine* at least thirty (30) days prior to trial.

| | |
|---|---|
| DATED: February 21, 2012 | UNITED STATES ATTORNEYS' OFFICE |
| | By /s/ David A. Pimsner<br>David A. Pimsner<br>Assistant United States Attorney<br>Two Renaissance Square<br>40 N. Central Avenue, Suite 1200<br>Phoenix, Arizona  85004<br>Attorney for Plaintiff |
| DATED: February 21, 2012 | CHRISTIAN DICHTER & SLUGA, P.C. |
| | By /s/ Stephen M. Dichter<br>Stephen M. Dichter<br>Amy M. Wilkins<br>2700 North Central Avenue, Suite 1200<br>Phoenix, Arizona  85004<br>Attorneys for Defendant Marsh Aviation Company |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal to the following CM/ECF registrants:

David A. Pimsner
Assistant United States Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona  85004
Attorney for Plaintiff

Walter Nash
Nash & Kirchner, P.C.
110 S. Church Avenue, Suite 4297
P.O. Box 2310
Tucson, Arizona  85702
Attorney for Defendant Floyd D. Stilwell

/s/ Yvonne Cañez