UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>   v.<br><br>Marsh Aviation Company,<br><br>                Defendant. | CR-10-01463-002-PHX-PGR<br><br><br>ORDER |

     Pursuant to the government's Motion to Dismiss and good cause appearing:

     IT IS HEREBY ORDERED granting the government's Motion to Dismiss (Doc. 55), without prejudice.

     IT IS FURTHER ORDERED that upon the sentencing of Floyd D. Stilwell, or upon any other motion filed by the government terminating the prosecution of Floyd D. Stilwell, the case against Marsh Aviation Company is dismissed with prejudice.

     DATED this 29th day of October, 2012.

*[signature]*

Paul G. Rosenblatt
United States District Judge